IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WENDY KIN, Individually and as** : <br> **Administrator of the Estate of Christopher** : <br> **King, Deceased, on Behalf of Herself and** : <br> **Those Similarly Situated** : <br> : <br> v. : <br> : <br> **GOLDEN RULE INSURANCE COMPANY** : | **CIVIL ACTION NO. 16-3614** |

## ORDER

This 19th day of December, 2016, it is hereby **ORDERED** that defendant's Motion to Dismiss is **GRANTED.**  Plaintiff's Complaint is dismissed without prejudice.

    /s/ Gerald Austin McHugh
United States District Judge